UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-6076-HUNT

UNITED STATES OF AMERICA

v.

DANTE ELISEO LOPEZ,

    DEFENDANT

_____/

FILED BY __R.P.B.__ D.C.
Feb 4, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No.

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No.

3. Did this matter involve the participating of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No.

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

                              Respectfully submitted,

                              HAYDEN P. O'BYRNE
                              UNITED STATES ATTORNEY

               By:    *Joseph A. Cooley*
                      JOSEPH A. COOLEY
                      Assistant United States Attorney
                      Florida Bar No. 966460
                      500 E. Broward Bouvard, Suite 700
                      Fort Lauderdale, FL 33394
                      Tel# (954) 660-5694
                      Fax: (954) 356-7230
                      Joseph.Cooley2@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| DANTE ELISEO LOPEZ, | ) Case No. 25-mj-6076-HUNT |
| | ) |
| Defendant(s) | ) |

FILED BY R.P.B. D.C.
Feb 4, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Feberuay 4, 2025__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC Section 1326(a) | Illegal Reentry After Removal |
| 8 USC Section 1253(b) | Failure to Comply with Terms of Release |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Daniel Rendueles, DO, ICE
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by: FACETIME

Date: 2/4/2025

_____
Judge's signature

City and state: Fort Lauderdale, FL

Hon. Patrick M. Hunt, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel Rendueles, having been first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a federal officer with the United States Department of Homeland Security ("DHS"),Immigration and Customs Enforcement ("ICE"), Enforcement ad Removal Operations ("ERO") and have been so employed since November 2017. My current responsibilities include the investigation of criminal, civil, and administrative violations related to the Immigration and Nationality Act, and other federal criminal offenses contained in Title 8 and 18 of the United States States Code, to include the reentry of illegal aliens into the United States. During my seven (7) years of law enforcement experience, I have participated in numerous criminal and administrative immigration-related investigations. I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7).

2. This Affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant against that Dante Eliseo LOPEZ ("LOPEZ"), DOB: 03/22/1973, for illegal reentry after deportation, in violation of Title 8, United States Code, Section 1326(a) and willful failure to comply with terms of release under supervision in violation of Title 8, United States Code, Section 1253(b).

3. The statements contained in this Affidavit are based on my own personal knowledge, as well as information provided to me by other law enforcement and law enforcement support personnel. I have not included in this Affidavit every fact and circumstance known to me, but only the facts and circumstances to establish probable cause in support of a criminal complaint.

1

## FACTS IN SUPPORT OF PROBABLE CAUSE

4. On or about February 11, 2022, ICE Offices located and arrested LOPEZ outside of his residence located at 11180 NW 46th Drive, Coral Springs, FL 33076. LOPEZ was arrested for illegal reentry in violation of Title 8, United States Code, Section 1326(a) due his prior removal from the United States on October 7, 2009. LOPEZ's identity was established through fingerprints linking him in the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI) system. At that time, LOPEZ made a "reasonable fear" claim regarding being returned to Peru. LOPEZ remained in ICE for seventeen (17) days and was released on Order of Supervision due to health concerns related to COVID guidelines.

5. On August 30, 2024, LOPEZ reported to ICE as directed by the Order of Supervision. About that time, LOPEZ was enrolled into the GPS system and provided a VERI WATCH.

6. Recently, ICE Officers has been directed to locate and take into custody aliens with a Final Order of Removal. On or about February 4, 2025, as of 10:53 a.m., LOPEZ's BI Inc. VERI WATCH was pinging LOPEZ's location at his residence located at 11180 NW 46th Drive, Coral Springs, FL 33076.



2

7.  On or about February 3, 2025, approximately 12:00 p.m., ICE Officers responded to LOPEZ residence located at 11180 NW 46th Drive, Coral Springs, FL, 33076, to arrest LOPEZ who has an outstanding Final Order of Removal. LOPEZ failed to comply to exit his residence out of fear of being arrested. The LOPEZ's actions violated immigration laws, specifically Title 8 U.S.C. § 1253(b), which mandates LOPEZ to comply and depart from the U.S. when required by law or by an order of an immigration judge.

8.  On or about February 3, 2025, at approximately 12:00 p.m., ICE Officers confirmed LOPEZ's location via the ICE Alternative to Detention GPS tracking via the BI Inc. VERI WATCH.



### IMMIGRATION STATUS

9.  LOPEZ is a citizen and national of Peru. On August 10, 1993, LOPEZ entered the United States as a non-immigrant visitor for pleasure (B-2) with authorization to remain in the U.S. for a temporary period not to exceed February 09, 1994. LOPEZ remained beyond February 09,1994, without authorization from United States Citizenship and Immigration and Naturalization Service (USCIS). LOPEZ was issued a Final Order of Removal by an Immigration Judge on

October 08, 1999. On or about October 18, 1999, LOPEZ filed an Appeal before the Board of Immigration of Appeals (BIA). On or about May 9, 2003, the BIA dismissed LOPEZ's appeal, claim of asylum, and issued a Final Order of Removal. On or about October 7, 2009, LOPEZ was removed to PERU.

10. After his deportation on unknown date(s) and at unknown location(s), LOPEZ unlawfully reentered the United States and was found to be present in Broward County, Florida, in February 2022 and, as stated above, continues to reside in Broward County.

11. A search of the records maintained by the United States Citizenship and Immigration Services further disclosed that LOPEZ never sought to apply for permission from the United States Attorney General or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), to return and apply for admission into the United States after having been removed.

[Intentionally Left Blank]

## CONCLUSION

12. Based upon the above facts and information, I submit that there is probable cause to believe that charging Dante Eliseo LOPEZ committed violations of Title 8 U.S.C § 1326(a): Re-entry after deportation and Title 8 U.S.C § 1253(b): Failure to depart from the United States as required by law.

Respectfully Submitted,

_____
Daniel Rendueles, ICE Deportation Officer
Immigration and Customs Enforcement

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by:

FACETIME
(specify reliable electronic means).

Date: 2/4/2025

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE